69 A.3d 116

STEVEN D'AGOSTINO AND PATRICIA D'AGOSTINO, PLAINTIFFS–CROSS–RESPONDENTS, v. PRUDENTIAL INSURANCE COMPANY, ET AL., DEFENDANTS, AND DELEET MERCHANDISING CORPORATION, DEFENDANT–THIRD–PARTY CROSS–PETITIONER, v. ASHLAND CHEMICAL, ET AL., THIRD–PARTY DEFENDANTS, AND HOUGHTON CHEMICAL COMPANY, THIRD–PARTY DEFENDANT.

July 12, 2013.

Dismissed as moot.